1  ROBERT R. RUBIN, ESQ. (117428)
   McDONOUGH HOLLAND & ALLEN PC
2  Attorneys at Law
   555 Capitol Mall, 9th Floor
3  Sacramento, CA  95814
   Phone: 916.444.3900
4  Fax:    916.444.8334

5  Attorneys for Plaintiff
   DAVID S. SAVAGE
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 DAVID S. SAVAGE,                    )   No. CIV.S-04-2316 WBS KJM
                                       )
12              Plaintiff,             )
                                       )   **STIPULATION TO TAKE**
13      v.                             )   **DEPOSITION TESTIMONY**
                                       )   **BEYOND THE DISCOVERY**
14 THE UNITED STATES OF AMERICA,       )   **DEADLINE AND**
                                       )   **[PROPOSED] ORDER**
15              Defendant.             )
                                       )
16 ─────────────────────────────       )
                                       )
17 UNITED STATES OF AMERICA,           )
                                       )
18              Counterclaim Plaintiff,)
                                       )
19      v.                             )
                                       )
20 DAVID S. SAVAGE and PHYLISS SAVAGE, )
                                       )
21              Counterclaim Defendants.)
                                       )
22 ─────────────────────────────

23

24      Pursuant to Federal Rule of Civil Procedure 29, all the parties to this action hereby stipulate

25 that deposition testimony may be taken up to and including November 14, 2005 at days and times

26 mutually convenient to the parties.  The parties agree this modest extension of the discovery deadline

27 does not interfere in any way with the conduct of this proceeding or the resolution of any matter now

28 ///



Stipulation                             1                              861489v2 33863/0001

pending before the Court.

DATED:     October 5      , 2005

                                                McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law


By:  /s/ Robert R. Rubin
    Robert R. Rubin
    Attorneys for Plaintiff David S. Savage

DATED:     October 5      , 2005

McGREGOR W. SCOTT
United States Attorney


By:  /s/ Richard A. Latterell
    Richard A. Latterell
    U.S. Department of Justice
    Attorneys for the United States of America

DATED:     September 29      , 2005


    /s/ Phyliss Savage
Phyliss Savage, In Pro Per


**ORDER**

IT IS SO ORDERED.

DATED: October 7, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE