1  ROBERT R. RUBIN, ESQ. (117428)
   McDONOUGH HOLLAND & ALLEN PC
2  Attorneys at Law
   555 Capitol Mall, 9th Floor
3  Sacramento, CA  95814
   Phone: 916.444.3900
4  Fax:    916.444.8334

5  Attorneys for Plaintiff
   DAVID S. SAVAGE
6

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  DAVID S. SAVAGE,                    )   No. CIV.S-04-2316 WBS KJM
                                        )
12                    Plaintiff,        )   **APPLICATION TO EXTEND THE**
                                        )   **TIME TO CONDUCT THE HEARING**
13         v.                           )   **ON DEFENDANT'S MOTION FOR**
                                        )   **SUMMARY JUDGMENT AND**
14  THE UNITED STATES OF AMERICA,       )   **[PROPOSED] ORDER**
                                        )
15                    Defendant.        )
                                        )
16  _____   )
                                        )
17  UNITED STATES OF AMERICA,           )   Hearing Date: December 12, 2005
                                        )   Location:     Courtroom 5, 14th Floor
18                 Counterclaim Plaintiff, )  Time:        1:30 p.m.
                                        )
19         v.                           )
                                        )
20  DAVID S. SAVAGE and PHYLISS SAVAGE, )
                                        )
21              Counterclaim Defendants. )
                                        )
22  _____   )

23         Currently before the Court is Defendant The United States of America's Motion for Summary

24  Judgment against Plaintiff David Savage.   The hearing on said motion is currently set for

25  December 12, 2005 at 1:30 p.m. in Courtroom 5.

26         The Parties respectfully apply, and hereby stipulate pursuant to LR 83-143 and LR 6-144, to

27  an extension of time to continue the hearing to January 9, 2006 at 1:30 p.m. in Courtroom 5 before

28  the Honorable Judge Shubb.  This is the Parties' first application for an extension of time.  The

PDF created with pdfFactory trial version www.pdffactory.com

extension is requested due to Plaintiff's counsel's heavy workload during time allotted to Oppose.

Pursuant to LR 78-230, any Opposition to the Motion shall be due no later than December 27, 2005.

DATED:      November 18      , 2005

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law


By: __s/Robert R. Rubin_____
    Robert R. Rubin
    Attorneys for Plaintiff David S. Savage


DATED:      November 18      , 2005

McGREGOR W. SCOTT
United States Attorney


By: __s/Richard A. Latterell_____
    Richard A. Latterell
    U.S. Department of Justice
    Attorneys for the United States of America


**ORDER**

IT IS SO ORDERED.

DATED:  November 18, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com