McGREGOR W. SCOTT
United States Attorney

RICHARD A. LATTERELL
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6422
Facsimile:  (202) 307-0054
Email: Richard.A.Latterell@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA - AT SACRAMENTO

| | |
|---|---|
| DAVID S. SAVAGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Counterclaim Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID S. SAVAGE and PHYLISS SAVAGE, ) <br> ) <br> Counterclaim Defendants. ) <br> ) | Civil No. CIV.S-04-2316 WBS KJM <br><br> **STIPULATED APPLICATION FOR EXTENSION OF HEARING ON SUMMARY JUDGMENT MOTION (SECOND REQUEST) AND [PROPOSED] ORDER** |

Currently before the Court is defendant the United States of America's Motion for Summary Judgment against Plaintiff David Savage. The hearing on said motion is currently set for January 9, 2006 at 1:30 p.m. (PST) in Courtroom 5.  The parties respectfully apply and hereby stipulate, pursuant to LR 83-143 and LR 6-144, to an extension of time to continue the hearing to Monday, January 23, 2006 at 1:30 p.m. in Courtroom 5 before the Honorable Judge

-1-

1  Shubb. This is the Parties' second application for an extension of time. The extension is
2  requested due to counsel for the United States' work conflicts during the week of January 9th,
3  2006.
4       Respectfully submitted this 3rd day of January, 2006.

McGREGOR W. SCOTT
United States Attorney

 /s/ Richard A. Latterell
RICHARD A. LATTERELL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6422
Facsimile:  (202) 307-0054
Email: Richard.A.Latterell@usdoj.gov

Attorneys for the United States of America


 /s/ Robert R. Rubin
ROBERT R. RUBIN, ESQ.
McDonough Holland & Allen PC
555 Capitol Mall, 9th floor
Sacramento, CA 95814
Telephone: (916) 444-3900
Facsimile: (916) 444-8334
Email: brubin@mhalaw.com

Attorney for plaintiff

**ORDER**

IT IS SO ORDERED.

DATED:  January 6, 2006

*[signature: William B. Shubb]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-