1  ROBERT R. RUBIN, ESQ. (SBN 117428)
   MICHAEL S. WILCOX, ESQ. (SBN 215269)
2  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
3  555 Capitol Mall, 9th Floor
   Sacramento, CA  95814
4  Phone: 916.444.3900
   Fax:    916.444.8334
5
   Attorneys for Plaintiff
6  DAVID S. SAVAGE

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | DAVID S. SAVAGE,              ) | No. CIV.S-04-2316 WBS KJM
12 |            Plaintiff,         ) | **AMENDED STIPULATION AND**
13 |       v.                      ) | **[PROPOSED] ORDER TO CONTINUE**
   |                               ) | **TRIAL DATE AND RESCHEDULE**
14 | THE UNITED STATES OF AMERICA, ) | **FINAL PRETRIAL CONFERENCE**
15 |            Defendant.         ) |
16 |                               ) |
17 | UNITED STATES OF AMERICA,     ) | Trial Date:  March 28, 2006
   |                               ) | Location:    Courtroom 5, 14th Floor
18 |            Counterclaim Plaintiff, ) | Time:        9:00 a.m.
19 |       v.                      ) |
20 | DAVID S. SAVAGE and PHYLISS SAVAGE, ) |
21 |            Counterclaim Defendants. ) |
22

23         The plaintiff/counterclaim defendant, David S. Savage, and the defendant/counterclaim

24  plaintiff, United States, the only parties who have appeared in this case, by and through their counsel

25  of record respectfully request that the Court continue the previously set trial date to October 17,

26  2006 at 9:00 a.m. for the reasons set forth below.  All parties who have appeared agree to the

27  proposed continuance.

28         Resolution of the summary judgment motion of the IRS will interfere with pretrial matters.



Amended Stipulation and [Proposed] Order to Continue Trial Date and Reschedule Final Pretrial Conference
1
890628v2 33863/0001
PDF created with pdfFactory trial version www.pdffactory.com

1  The summary judgment motion of the IRS is set for hearing on February 11, 2006. This case is
2  presently set for trial on March 28, 2006.  Certain pre-trial matters are due prior to the summary
3  judgment motion hearing.  It will be most efficient for the parties and the court if the trial date is
4  continued so that the resolution of the summary judgment motion will not interfere with pre-trial
5  matters.  Moreover, the court may wish to take the motion under submission or to have the parties
6  provide additional briefing on a point.  The proximity of the trial date and the multiple pretrial duties
7  imposed on the parties make any delay in decision especially difficult.

8  Wherefore, it is requested that (1) the trial date in this case be continued to October 17, 2006
9  at 9:00 a.m. in Courtroom 5 of the above-entitled Court, (2) that the Final Pretrial Conference be
10 rescheduled for August 28, 2006, at 10:00 a.m., and (3) that all pretrial procedural due dates be
11 rescheduled accordingly.

12 DATED:  January 20, 2006

13                                                                   McDONOUGH HOLLAND & ALLEN PC
                                                                     Attorneys at Law
14

15                                                                   By:  s/Robert R. Rubin
                                                                         Robert R. Rubin
16                                                                       Attorneys for Plaintiff David S. Savage

17

18 DATED:  January 20, 2006

19                                                                   McGREGOR W. SCOTT
                                                                     United States Attorney
20

21                                                                   By:    s/Richard A. Latterell
                                                                         Richard A. Latterell
22                                                                       U.S. Department of Justice
                                                                         Attorneys for the United States of America
23

24                                         **ORDER**

25           IT IS SO ORDERED.

26

27 DATED:  January 23, 2006

28                                                                   _____
                                                                     WILLIAM B. SHUBB
                                                                     UNITED STATES DISTRICT JUDGE



Amended Stipulation and [Proposed] Order to Continue Trial Date and Reschedule Final Pretrial Conference
2                                                                                                       890628v2 33863/0001

PDF created with pdfFactory trial version www.pdffactory.com