IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID SAVAGE,

     Plaintiff,                   No. CIV S-S-04-2316 WBS KJM

     vs.

UNITED STATES OF AMERICA,

     Defendant.                <u>ORDER</u>

_____/

AND RELATED COUNTERCLAIM

_____/

        On January 17, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed January 17, 2006, are adopted in full;

2. Counterclaim plaintiff's motion for entry of default judgment against counterclaim defendant Phyliss Savage is granted; and

3. The proposed judgment filed December 8, 2005 (docket no. 28, attachment no. 5) is hereby adopted.

DATED:  March 31, 2006

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE