| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | |
| 3 | GOUD P. MARAGANI<br>Trial Attorney, Tax Division |
| 4 | United States Department of Justice<br>P.O. Box 683, Ben Franklin Station |
| 5 | Washington, DC  20044-0683<br>Telephone: (202) 307-6513 |
| 6 | Facsimile:  (202) 307-0054<br>Email: Goud.P.Maragani@usdoj.gov |
| 7 | Attorneys for the United States of America |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA - AT SACRAMENTO

| | | |
|---|---|---|
| DAVID S. SAVAGE, | ) | |
| | ) | Civil No. CIV.S-04-2316 WBS KJM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID S. SAVAGE and PHYLISS SAVAGE, | ) | |
| | ) | |
| Counterclaim Defendants. | ) | |
| _____ | ) | |

On February 22, 2006, the Court granted the United States summary judgment against David S. Savage.   It is hereby

ORDERED that judgment is hereby entered in favor of the United States and against plaintiff and counterclaim defendant David S. Savage ("plaintiff") on all claims in the above-captioned proceeding, and that the plaintiff and counterclaims defendant David S. Savage shall

-1-

be liable to the United States in the amount of the $126,103.62 plus statutory interest and accruals from December 31, 2005.

Dated this 1st day of November, 2006.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Respectfully submitted this 20th day of October, 2006 by:

McGREGOR W. SCOTT
United States Attorney

/s/ Goud P. Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6513
Facsimile: (202) 307-0054
Email: Goud.P.Maragani@usdoj.gov

Attorneys for the United States of America